Brian Brazier, Esq. (SBN: 245004)
Price Law Group, APC
8245 N. 85th Way
Scottsdale, AZ 85258
Tel: 818.600.5564
Fax: 818.600.5464
brian@pricelawgroup.com
*Attorneys for Plaintiff,*
*Thomas J. Baggaley, Jr.*

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| THOMAS J. BAGGALEY, JR.,<br><br>Plaintiff,<br><br>vs.<br><br>WELLS FARGO BANK, N.A.,<br><br>Defendant. | **Case No. 2:18-cv-03605-AB-FFM**<br><br>**NOTICE OF SETTLEMENT** |

**NOTICE IS HEREBY GIVEN** that Plaintiff, Thomas J. Baggaley, Jr., and Defendant, Wells Fargo Bank, N.A. ("Wells Fargo"), have settled all claims between them in this matter. The parties are in the process of completing the final settlement documents; Plaintiff expects to file a Stipulation of Dismissal within the next sixty (60) days. Plaintiff requests that the Court vacate all pending deadlines in this matter. Plaintiff also requests that the Court retain jurisdiction for any matters related to completing and/or enforcing the settlement.

Respectfully submitted this 12th day of April 2019.

//

          */s/Brian Brazier*
          Brian Brazier, Esq. (SBN: 245004)
          Price Law Group, APC
          8245 N. 85th Way
          Scottsdale, AZ 85258
          Tel: 818.600.5564
          Fax: 818.600.5464
          brian@pricelawgroup.com
          *Attorneys for Plaintiff,*
          *Thomas J. Baggaley, Jr.*

## **CERTIFICATE OF SERVICE**

    I hereby certify that on April 12, 2019, I electronically filed the foregoing with the Clerk of the Court using the ECF system, which will send notice of such filing to all attorneys of record in this matter.

    */s/Elizabeth Nanez*