1  Brian Brazier, Esq. (SBN: 245004)
2  Price Law Group, APC
   8245 N. 85th Way
3  Scottsdale, AZ 85258
   Tel: 818.600.5564
4  Fax: 818.600.5464
5  brian@pricelawgroup.com
   *Attorneys for Plaintiff,*
6  *Thomas J. Baggaley, Jr.*

7

8

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| THOMAS J. BAGGALEY, JR., | Case No.  2:18-cv-03605-AB-FFM |
| Plaintiff, | |
| vs. | **STIPULATION OF DISMISSAL OF DEFENDANT WELLS FARGO BANK, N.A. WITH PREJUDICE** |
| WELLS FARGO BANK, N.A., | |
| Defendant. | |

Plaintiff Thomas J. Baggaley, Jr., by and through his counsel of record, Price Law Group, APC., and Defendant Wells Fargo Bank, N.A. ("Defendant")  by and through its counsel of record, Womble Bond Dickinson (US) LLP, hereby stipulate to dismiss Defendant from the action, with prejudice, pursuant to Rule 41(a)(ii), with each party to bear its own costs and attorneys' fees.

//

//

| | | |
|---|---|---|
| 1 | Dated: May 21, 2019 | PRICE LAW GROUP, APC |
| 2 | | |
| 3 | | By:/s/ *Brian Brazier*<br>Brian Brazier, Esq. (SBN: 245004) |
| 4 | | Price Law Group, APC<br>8245 N. 85th Way |
| 5 | | Scottsdale, AZ 85258<br>Tel: 818.600.5564 |
| 6 | | Fax: 818.600.5464<br>brian@pricelawgroup.com |
| 7 | | *Attorneys for Plaintiff,* |
| 8 | | *Thomas J. Baggaley, Jr.* |
| 9 | | |
| 10 | | |
| 11 | Dated: May 21, 2019 | WOMBLE BOND DICKINSON (US) LLP |
| 12 | | |
| 13 | | By:*/s/ Nadia D. Adams*<br>Nadia D. Adams, Esq. (SBN 270428) |
| 14 | | Nadia.Adams@wbd-us.com<br>WOMBLE BOND DICKINSON (US) LLP |
| 15 | | 12400 Wilshire Blvd., Suite 700<br>Los Angeles, CA 90025 |
| 16 | | Telephone: (424) 369-2038 |
| 17 | | Attorneys for Defendant<br>WELLS FARGO BANK, N.A. |
| 18 | | |

## **ATTESTATION OF SIGNATURE:**

Pursuant to Local Rule 5-4.3.4(a)(2)(i) regarding signatures, I, Brian Brazier, hereby attest that concurrence in the filing of this document and its content has been obtained from Nadia D. Adams.

Dated: May 21, 2019         */s/*Brian Brazier

## **CERTIFICATE OF SERVICE**

I hereby certify that on May 21, 2019, I electronically filed the foregoing with the Clerk of the Court using the ECF system, which will send notice of such filing to all attorneys of record in this matter.

*/s/ Aileen De Los Angeles*