**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| THOMAS J. BAGGALEY, JR., <br><br>Plaintiff, <br><br>vs. <br><br>WELLS FARGO BANK, N.A., <br><br>Defendant. | Case No. 2:18-cv-03605-AB-FFM <br><br>**ORDER GRANTING DISMISSAL OF DEFENDANT WELLS FARGO BANK, N.A. WITH PREJUDICE** |

On April 12, 2019, Plaintiff Thomas J. Baggaley, Jr. and Defendant Wells Fargo Bank, N.A. filed a Notice of Settlement. (Dkt. No. 29.) The Court issued an Order on April 16, 2019 dismissing the action without costs and without prejudice to the right, upon good cause shown within 60 days, to reopen the action if settlement is consummated. (Dkt. No. 30.) Shortly thereafter, the parties filed a Stipulation for Dismissal with Prejudice, pursuant to Federal Rule of Civil Procedure 41(a)(ii). (Dkt. No. 33.)

Pursuant to the parties' stipulation, the above-entitled matter is hereby dismissed in its entirety, *with prejudice*, with the parties to bear their own costs and attorneys' fees.

**IT IS SO ORDERED.**

Dated: May 28, 2019

_____
HON. JUDGE ANDRÉ BIROTTE JR.
United States District Judge